**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

ANTONIO JOHNSON                                                                                PLAINTIFF

V.                                                    NO: 4:17CV00029 JM

WHITE COUNTY DETENTION CENTER *et al*                                          DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris.  No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT plaintiff Antonio Johnson's claims against the White County Detention Center are DISMISSED WITH PREJUDICE.

DATED this 13th day of February, 2017.

_____
UNITED STATES DISTRICT JUDGE