# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

ANTONIO JOHNSON                                                                           PLAINTIFF

v.                                      No: 4:17-cv-00029 PSH

RICKY ROSS                                                                                DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 20th day of November, 2017.

_____
UNITED STATES MAGISTRATE JUDGE